# FORM A

Rev. 10/10

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

FILED
JAMES J. VILT, JR. - CLERK
NOV 04 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

Keaun De'Trell Mitchell

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:26CV-909-JHM
(To be supplied by the clerk)

Louisville Metro Department of Corrections

(Full name of the Defendant(s) in this action)

( ) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Keaun De Trell Mitchell

Place of Confinement: Louisville Metro Department of Corrections

Address: 400 South 6th Street Louisville, Kentucky 40202

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: ______

Place of Confinement: ______

Address: ______________________________________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: ______________________________________________

Place of Confinement: ______________________________________________

Address: ______________________________________________

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant ______________________________________________ is employed

as ______________________________ at ______________________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(2) Defendant ______________________________________________ is employed

as ______________________________ at ______________________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(3) Defendant ______________________________________________ is employed

as ______________________________ at ______________________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(4) Defendant ______________________________________________ is employed

as ______________________________ at ______________________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

(5) Defendant ______________________________ is employed

as ____________________ at ________________________.

The Defendant is being sued in his/her (__) individual and/or (__) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (__) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ____________________

____________________

Defendant(s): ____________________

____________________

Court (if federal court, name the district. If state court, name the county):

______________________________________________

Docket number: ______________________________

Name of judge to whom the case was assigned: ____________________

Type of case (for example, habeas corpus or civil rights action):____________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

______________________________________________

Approximate date of filing lawsuit: ____________________

Approximate date of disposition: ____________________

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On August 1 2026 at 8 am Dr. Knighton of Louisville Metro Department of Corrections approved me to go to general population with stitches in my leg and an open bullet wound without being approved by Outside doctor and surgeon. And they lefted my stitches inside my leg for more than 4 weeks thats supposed to be tooken out with 7 to 10 days to the point where the doctor couldn't get them all out and they lefted me to take one out by myself on 8/21/26. And the Sergeant Mrs. Bridgeford had to take a picture and send it to medical herself. To even get me seen by the medical staff.

And another instance while I was in the hole on H5 east North cell 9 on the night of 8/15/26 and the morning of 8/16/26 of pill call the nurse I dont Know her name but she is foreign and has braces she denied me my seizure medicine "locasomide". The day

**III. STATEMENT OF CLAIM(S) continued**

I was denied my seizure medicine I felt myself going into a grandma seizure that night. I could have died at that moment, due to the fact I was in a Single man cell in the hole.

I filed two greivences on about these incidents and was denied any justice. It shows that LMDC is covering up their mistakes, by them Knowing that I have epilepsy.

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 500,000

✓ grant injunctive relief by ____

✓ award punitive damages in the amount of $ 700,000

✓ other: ____

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 16 day of September, 2026

Kaavn Mitchell
(Signature of Plaintiff)

____
(Signature of additional Plaintiff)

____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ____.

____
(Signature)

Louisville Metro Department
Of Corrections
400 South Sixth Street
Louisville, Kentucky 40202
Keavn Mitchell

1776 ★ 2026
USA FOREVER

LOUISVILLE KY 402
FRI 30 OCT 2026 PM

601 W. Broadway. RM 106
Gene Snyder United States Courthouse
Louisville, Kentucky 40202

**FILED**
JAMES J. VILT, JR. - CLERK
NOV 04 2026
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Louisville Metro Corrections Department
Not Responsible
UNCENSORED
JAIL MAIL